**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David Lee HILL, Defendant— Appellant.**

No. 05–6823.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 11, 2005.

---

David Lee Hill, Appellant pro se. Leslie Bonner McClendon, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

David Lee Hill appeals the district court's order denying his Fed.R.Civ.P. 15(c) motion to amend a 28 U.S.C. § 2255 (2000) motion in an action that has already been closed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hill,* No. CR–96–370–A (E.D.Va. Apr. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*